UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ELAINE WHITE, # 500202,

    Petitioner,

v.                                  Case Number: 17-cv-13363

JEREMY HOWARD,

    Respondent.

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Habeas Corpus and Denying a Certificate of Appealibility," dated June 11, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Jeremy Howard and against Petitioner Mary Elaine White. Dated at Detroit, Michigan, this 11th day of June, 2021.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                                  s/Lisa Wagner
                                           By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland